UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 3:14-CR-00082-TRM-HBG-7 |
| | ) |
| AMBER BOSHEARS | ) |

## **MEMORANDUM AND ORDER**

      Defendant Amber Boshears appeared for a hearing on October 27, 2025, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition and Order for Warrant for an Offender Under Supervision [Doc. 362], the Amended Petition and Order for Warrant for an Offender Under Supervision [Doc. 363], and the Second Amended Petition and Order for Warrant for an Offender Under Supervision [Doc. 365] (the "Petitions") in the above matter.

      Defendant was placed under oath and informed of her constitutional rights. The Court determined that Defendant wished to be represented by an attorney and qualified for appointed counsel. The Court therefore appointed Federal Defender Services to represent Defendant. The Court also determined that Defendant had been provided with and reviewed with counsel a copy of the Petitions.

      The Government moved that Defendant be detained without bail pending her revocation hearing before U.S. District Judge McDonough. Defendant waived her right to a preliminary hearing. Defendant also waived her right to an immediate detention hearing but reserved the right to request a detention hearing by motion at a later date.

      Accordingly, the Court **ORDERS** that:

      (1) Counsel for Defendant and the Government shall confer and make best efforts to submit to U.S. District Judge McDonough a proposed Agreed Order with respect to an appropriate disposition of the Petitions.

      (2) In the event counsel are unable to reach agreement with respect to an appropriate disposition of the Petitions, they shall request a hearing before U.S. District Judge McDonough.

      (3) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending further order from this Court is **GRANTED**.

SO ORDERED.

ENTER:

s/ /s/ Mike Dumitru
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE